## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOHN F. KODENKANDETH, | : | No. 18 WM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MS. APRIL BARTON, DEAN OF | : | |
| DUQUESNE LAW SCHOOL, MS. DANA | : | |
| NEACSU DIRECTOR OF ALLEGHENY | : | |
| COUNTY LAW LIBRARY, ALLEGHENY | : | |
| COUNTY CHIEF EXECUTIVE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 18th day of July, 2022, the "Petition Requesting Extraordinary Relief" and the Application for Relief are DENIED.